Fourth Department, April, 1971

(April 1, 1971)

■ In the Matter of Richard Goldston, Appellant, v. Paul D. McGinnis, as Commissioner of Correction, Respondent.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Cardamone, JJ.

■ In the Matter of Louis Aroune, Respondent, v. George G. Sipprell, as Commissioner of Erie County Department of Social Welfare, Appellant, and George K. Wyman, Commissioner of Social Services of the State of New York, Intervenor-Appellant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Cardamone, JJ. [57 Misc 2d 826.]